FEBRUARY 4, 1974

No. 73–532. AMERICAN POSTAL WORKERS UNION, AFL–CIO, DETROIT LOCAL *v.* INDEPENDENT POSTAL SYSTEM OF AMERICA, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1110.] Writ of certiorari dismissed under Rule 60 of the Rules of this Court.

FEBRUARY 6, 1974

No. 73–1053. SEABOARD COAST LINE RAILROAD CO. *v.* INTERNATIONAL MINERALS & CHEMICAL CORP. Sup. Ct. Fla. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

FEBRUARY 7, 1974

No. 73–6105. SHADD *v.* UNITED STATES. C. A. 3d Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. A–734. BRISCOE, GOVERNOR OF TEXAS, ET AL. *v.* GRAVES ET AL. D. C. W. D. Tex. Motions to vacate stay heretofore granted by MR. JUSTICE POWELL denied. MR. JUSTICE DOUGLAS dissents.